# SUSSMAN & ASSOCIATES
## ~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924

**Michael H. Sussman**

(845) 294-3991 [Tel]
(845) 294-1623 [Fax]
info@sussman.law

**Of Counsel**
**Jonathan R. Goldman**
**Christopher D. Watkins**
**Mary Jo Whateley**

May 7, 2025

Hon. Judith McCarthy
US District Court - SDNY
300 Quarropas Street
White Plains, NY 10601

     re: *Caravello v. Garnet Health Medical Center*, 24 cv 01104

Dear Judge McCarthy,

     I represent plaintiff in this matter recently referred to Your Honor for mediation. The court scheduled our mediation for May 14, 2025; unfortunately, I have a previously scheduled mediation that same day in Albany in a wrongful death case with Magistrate Judge Stewart in Albany and am on trial the following week. I am working with defendants' counsel on identifying several dates both sides can attend this mediation and shall advise shortly.

          Very truly yours,

          Michael H. Sussman

cc: Counsel of record for defendant by ECF

> **SO ORDERED:**
> The Settlement Conference scheduled for May 14, 2025 is adjourned *sine die*. The parties are directed to provide proposed dates for the rescheduled conference by May 13, 2025.
>
> *Judith C. McCarthy*   5-9-25
> JUDITH C. McCARTHY
> United States Magistrate Judge