UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA CARAVELLO.,

Plaintiff,

-against-

GARNET HEALTH MEDICAL CENTER AND SCOTT BATULIS.,

Defendants.

24 CIVIL 01104 (PMH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated August 21, 2026, Defendants' motion for summary judgment is GRANTED to the extent that Plaintiffs ADA and FMLA claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims and they are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
August 25, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**